454 A.2d 155

Commonwealth v. Pfahler, Appellant.

Petition for Allowance of Appeal
Denied March 29, 1983.

Argued June 16, 1982. John Woodcock, Jr., Public Defend-

er, for appellant; Gary A. Caldwell, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.